UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICKEY GREGORY COMPANY MIAMI,
LLC, a Florida limited liability company

        Plaintiff,

v.                                                  Case No: 2:13-cv-766-FtM-38DNF

GOURMET GARDENER, INC.,
RANDY COOK and KIMBERLY
COOK,

        Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Defendants, Randy and Kimberly Cook's Suggestion of Bankruptcy (Doc. #6) filed on November 29, 2013. The Corporate Director Defendants Randy and Kimberly Cook inform the Court that they voluntarily filed in the United States Bankruptcy Court for the Middle District of Florida a Petition for Protection pursuant to United States Bankruptcy Code, 11 U.S.C. Chapter 13.

By operation of Title 11 U.S.C. § 362, the above-styled action is stayed as to the Director Defendants Randy and Kimberly Cook. Title 11 U.S.C. § 362 stipulates that an automatic stay is created upon the filing of any bankruptcy petition. *See* Ellison v. Northwest Eng'g Co., 707 F.2d 1310, 1311 (11th Cir.1983). The purpose of the stay is "to

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

give the debtor a breathing spell from his creditors." Id.  The case is not stayed as to the Corporate Co-Defendant Defendant Gourmet Gardner, Inc. because the protection of the automatic stay does not apply to the co-defendants who are not in bankruptcy. Id. (citing Dewitt v. Daley, 336 B.R. 552, 556 (S.D. Fla. 2006) (holding that the case law is clear that extending a stay to non-bankrupt co-defendants is done rarely, justified only in unusual circumstances).

Accordingly, it is now

**ORDERED:**

(1) This case is **STAYED** as to the Corporate Director Defendants Randy and Kimberly Cook only.  The case remains open as to the Co-Defendant Gourmet Gardner, Inc.

(2) The Plaintiff is directed to inform the Court in writing when the bankruptcy proceedings are complete and the stay may be lifted

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of April, 2014.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2