UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICKEY GREGORY COMPANY MIAMI, LLC, a Florida limited liability company

    Plaintiff,

v.                                                Case No:  2:13-cv-766-FtM-38DNF

GOURMET GARDENER, INC., RANDY COOK and KIMBERLY COOK,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Court's Order to Show Cause (Doc. #12) filed on October 24, 2014.   On October 6, 2014, the Court directed the Plaintiff to show cause in writing why it did not continue to prosecute its case against the Defendant Gourmet Gardner, Inc. after a bankruptcy stay was issued against the other Defendants in this case. (Doc. #11). The Plaintiff was allowed up to and including October 17, 2014, to file its response to the Court's Order.  No response was ever filed.

Similarly, on October 24, 2014, the Court directed the Plaintiff to show cause why it failed to respond to the Court's previous Order to Show Cause.  The Plaintiff was

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

allowed up to and including October 31, 2014, to file a response to the Order to show cause. Once again the Plaintiff failed to respond.

In both Orders to Show Cause, the Court cautioned the Plaintiff that its case against the Corporate Defendant Gourmet Gardner, Inc. could be dismissed for failure to prosecute the case if the Plaintiff did not responded. M.D. Fla. Local Rule 3.10; See [Steiner-Out v. Lone Palm Golf Club, LLC, 2011 WL 2694559, * 1 (M.D. Fla. June 24, 2011)](#) (M.D. Fla. Local Rule 3.10 provides that a court may dismiss a complaint for want of prosecution). Yet after each warning, the Plaintiff failed to respond to the Court's Order. Therefore, the case against the Defendant Gourmet Gardner, Inc. will be dismissed for failure to prosecute.

Accordingly, it is now

**ORDERED:**

The Defendant Gourmet Gardner, Inc. is **DISMISSED**. The Clerk of the Court is directed to enter judgment accordingly and terminate Gourmet Gardner, Inc. from the instant case.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of November, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2