UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICKEY GREGORY COMPANY MIAMI,
LLC, a Florida limited liability company

        Plaintiff,

v.                                        Case No:  2:13-cv-766-FtM-38DNF

RANDY COOK and KIMBERLY COOK,

        Defendants.
_____/

### ORDER[1]

This matter comes before the Court on the Defendants, Randy and Kimberly Cook's Suggestion of Bankruptcy (Doc. #6) filed on November 29, 2013.  On April 23, 2014, the Court stayed the case pending the resolution of the Cooks' bankruptcy case. The Plaintiff was directed to inform the Court when the bankruptcy proceedings were complete and the stay could be lifted.  Over a year has passed since the stay was entered. At this time, the Court directs the Plaintiff to inform the Court of the status of the Defendants' bankruptcy proceedings and whether or not the stay may be lifted.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Plaintiff Nickey Gregory Company Miami, LLC is hereby directed to file a Status Report in regards to the Defendants' bankruptcy proceedings and inform the Court whether or not the stay may be lifted.   Plaintiff has up to and including **June 17, 2015**, to file its status report with the Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of June, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record