UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICKEY GREGORY COMPANY MIAMI,
LLC, a Florida limited liability company

       Plaintiff,

v.                                    Case No:  2:13-cv-766-FtM-38DNF

RANDY COOK and KIMBERLY COOK,

       Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Plaintiff, Nickey Gregory's Notice of Compliance with Court Order (Doc. #16) filed on June 18, 2015.  This case was stayed pending bankruptcy proceedings on April 23, 2014. (Doc. #10).  The Plaintiff now informs the Court that the bankruptcy plan has been approved.  Therefore, the case may now proceed and the stay may be lifted.

Accordingly, it is now

**ORDERED:**

The Stay in this case is hereby **LIFTED.**  The Clerk of the Court is directed to remove the Stay flag from the docket sheet.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of July, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record