UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICKEY GREGORY COMPANY MIAMI,
LLC, a Florida limited liability company

        Plaintiff,

v.                                      Case No:  2:13-cv-766-FtM-38MRM

RANDY COOK and KIMBERLY
COOK,

        Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Court's Order to Show Cause (Doc. #23) filed on January 10, 2017.  The Court directed the Plaintiff to show cause why the case should not be dismissed for failure to prosecute after the bankruptcy stay was lifted on July 9, 2015.  The Plaintiff was given up to and including January 13, 2017, to file an answer or have its case dismissed. To date no response has been filed.

Accordingly, it is now

**ORDERED:**

Plaintiff, Nickey Gregory Company Miami, LLC's Complaint is hereby **DISMISSED** with prejudice.  The Clerk of the Court is directed to enter judgment accordingly, terminate all pending motions and deadlines and close the file.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of January, 2017.

                                                SHERI POLSTER CHAPPELL
                                                UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record